IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PRODUCT SOURCE INTERNATIONAL, LLC, Plaintiff, v. LEONID NAHSHIN, Defendant. | Case No. 1:14-cv-816 |

## ORDER

The matter came before the Court for a final pretrial conference.

For good cause shown,

It is hereby **ORDERED** that the parties are **DIRECTED** to submit their cross motions for summary judgment by 5:00 p.m. on Friday, December 5, 2014. Deadlines for responses and replies thereafter will be governed by the local rules.

It is further **ORDERED** that the hearing on the motions for summary judgment is **SCHEDULED** for 10:00 a.m. on Friday, January 16, 2015.

It is further **ORDERED** that a bench trial in this matter is **SCHEDULED** to begin at 10:00 a.m. on Tuesday, February 10, 2015.

It is further **ORDERED** that the parties are **DIRECTED** to submit their proposed findings of fact and conclusions of law by 5:00 p.m. on Thursday, February 5, 2015.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
November 20, 2014

/s/
T. S. Ellis, III
United States District Judge